IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRETCHEN GARRITY, | : |
| Plaintiff, | : |
| v. | : 3:12-CV-02287 |
| | : (JUDGE MARIANI) |
| MOUNTAINVIEW THOROUGHBRED RACING ASSOCIATION, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 14TH DAY OF APRIL, 2014**, in accordance with the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss for Failure to Prosecute (Doc. 40) is **GRANTED**.

2. The action is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to close the case.

4. In light of Plaintiff's outstanding obligation to pay attorney's fees and costs to the Defendant, judgment is **HEREBY** entered **IN FAVOR OF THE DEFENDANT**, Mountainview Thoroughbred Racing Association, and **AGAINST THE PLAINTIFF**, Gretchen Garrity, in the amount of three-thousand four hundred forty-four dollars and fifteen cents ($3,444.15).

5. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff's last known address by certified mail.

_____
Robert D. Mariani
United States District Judge